Filed 03/28/14  Case 13-33436  Doc 43

```
 1 │ Lucas Garcia, SBN 260954   [Name; State Bar ID No.]
   │ 13620 Lincoln Way, Ste.220 [Address]
 2 │ Auburn, CA 95603
   │ (530) 823-3655             [Telephone]
 3 │
   │ Attorney for Debtor/Debtor In Propria Persona
 4 │
 5 │
   │             UNITED STATES BANKRUPTCY COURT
 6 │             EASTERN DISTRICT OF CALIFORNIA
 7 │
 8 │ In re:                       )   Case No. 13-33436
   │                              )   DATE: February 4, 2014
 9 │   Raymond Miles              )   TIME: 9:32 AM
   │                              )   DEPT: B, Courtroom 32
10 │                              )   MCN: LBG-1
   │                              )
11 │              Debtor.         )
12 │                    ORDER CONFIRMING PLAN
13 │      The Chapter 13 plan filed on ___11/27/2013___ of the above-
   │ named debtor(s) has been transmitted to all creditors, and it has
14 │ been determined after notice and opportunity for a hearing that the
   │ debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.
15 │
   │      Therefore, IT IS ORDERED that the plan is confirmed.
16 │
   │      IT IS FURTHER ORDERED that:
17 │
   │      1.  The debtor shall immediately notify, in writing, the
18 │ Clerk of the United States Bankruptcy Court and the trustee of any
   │ change in the debtor's address;
19 │      2.  The debtor shall immediately notify the trustee in
   │ writing of any termination, reduction of, or other change in the
20 │ employment of the debtor; and
   │      3.  The debtor shall appear in court whenever notified to do
21 │ so by the court.
22 │      IT IS FURTHER ORDERED that the attorney's fees for the
   │ debtor's attorney in the full amount of $ _4,000.00_ are approved,
23 │ $ _2,000.00_ of which was paid prior to the filing of the petition.
   │ The balance of $ _2,000.00_, provided that the attorney and debtor
24 │ have complied with Local Bankruptcy Rule 2016-1(c), shall be paid
   │ by the trustee from plan payments at the rate specified in the
25 │ confirmed plan.
   │ ///
26 │ ///
   │ ///
27 │ ///
   │ ///
28 │ ///
```

EDC 3-081 (effective 5/1/2012)                          Page 1 of 2

RECEIVED
March 13, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005141345

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows:

The additional provisions regarding payment of debtor's attorney's fees are stricken from the plan. Debtor's attorney will seek approval of additional fees by complying with Local Bankruptcy Rule 2016-1(c).

_____
Approved by the Chapter 13 Trustee as to form.

Dated: March 28, 2014

_____
Thomas C. Holman
United States Bankruptcy Judge

EDC 3-081 (effective 5/1/2012)        Page 2 of 2