```
Lucas Garcia - SBN: 260954
Law Offices of Stephen Johnson
251 Auburn Ravine Rd
Suite 107
Auburn, CA 95603
Ph: 530-823-3655
E-mail: lawoffice13620@gmail.com
```

Attorney for Raymond Stephen Miles

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RAYMOND STEPHEN MILES<br><br>, debtor | Case No. 13-33436<br>DCN: LBG-002<br>Chapter 13<br>Hearing Date: October 17, 2017<br>Hearing Time: 1:00PM<br>Hon. Christopher Jaime<br>Courtroom: 32 |

## ORDER CONFIRMING

## FIRST MODIFIED PLAN

This matter came before this Court on October 17, 2017. The Court finds that Lucas Garcia, counsel for Raymond Stephen Miles, the Debtor herein has filed a Motion Confirm First Modified Plan on or about September 5, 2017. A copy of said Motion has been transmitted to all creditors and other parties in interest. Having reviewed the terms and conditions of the First Modified Plan, having listened to the testimony, if any offered at the hearing on said Motion, Good Cause appearing,

IT IS THEREFORE **ORDERED**

1. The Modified Plan satisfies the requirements of 11 U.S.C. §1325.

Order　　　　　　　　　　　　　1

RECEIVED
November 03, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006161509

2. The Modified Plan in confirmed.

IT IS FURTHER **ORDERED**

1. The Debtor shall immediately notify the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee in writing of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear whenever notified by the Court to do so.

_____
Jan Johnson
Chapter 13 Trustee
Approved as to form
Dated: NOV 3, 17

**Dated:** November 04, 2017

_____
Christopher D. Jaime, Judge
United States Bankruptcy Court

Order                                          2